JUDSON PALMER MELLOTT, JR. AND WIFE, JOANNE M. MELLOTT v. PINEHURST, INC., PURCELL CO., INC., AND PINEHURST RECEIVABLES ASSOCIATES, INC.

No. 233PA87

(Filed 2 December 1987)

ON discretionary review of the unpublished decision of the Court of Appeals, 85 N.C. App. 170, 354 S.E. 2d 775 (1987), affirming the granting of a directed verdict for defendants by *Honeycutt, J.*, entered 27 January 1986 in District Court, MOORE County. Heard in the Supreme Court on 12 November 1987.

*Pollock, Fullenwider, Cunningham & Patterson, P.A., by Bruce T. Cunningham, Jr., for plaintiff appellants.*

*Douglas R. Gill for defendant appellees.*

PER CURIAM.

After hearing oral argument and considering the new briefs, the Court concludes that discretionary review was improvidently allowed.

Discretionary review improvidently allowed.